1   ROBERT R. RIGGS (Bar # 107684)
    SUNG E. SHIM (Bar # 184247)
2   Katzoff & Riggs
    1500 Park Avenue, Suite 300
3   Emeryville, CA 94608
    Tel. (510) 597-1990
4
    Attorneys for Defendant MICHAEL
5   FRIEL

6

                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9   RITA JETTE                        )   Case No. C 05-02226 PJH
                                       )
10            Plaintiff,               )   **STIPULATION TO**
                                       )   **RESCHEDULE INITIAL CASE**
11       vs.                           )   **MANAGEMENT CONFERENCE**
                                       )   AND ORDER
12  GEORGE MCQUEEN; MICHAEL            )
    FRIEL,                             )
13                                     )
              Defendants.              )
14  _____ )

15

16                       **STIPULATION**

17       Due to the unavailability of the lead trial counsel for defendant Michael Friel and

18  to provide an opportunity for the remaining to defendant George McQueen to appear in

19  the action, the parties whose counsel sign this stipulation do, by this document, stipulate

20  to reschedule the initial Case Management Conference, which is currently scheduled for

21  October 27, 2005, at 2:30 p.m., in Courtroom 3, to December 8, 2005, at 2:30 p.m., in

22  Courtroom 3.

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

_____
                                    1
**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

1    Alternatively, the parties stipulate to November 17, 2005.

2    This Stipulation may be executed by facsimile in multiple counterparts, each of

3 which shall be deemed an original and which shall together constitute one and the same

4 instrument.

5

Dated: October 13, 2005

6                                              Law Offices of Seth L. Goldstein

7                                              s/Seth L. Goldstein

8                              By:    _____
                                               Seth L. Goldstein
9                                              Attorneys for Plaintiff Rita Jette

10

Dated: October 14, 2005

11                                             Katzoff & Riggs

12

13                             By:    _____
                                               Robert R. Riggs
14                                             Sung E. Shim
                                               Attorneys for Defendant Michael Friel

15

16

17


IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18

19

20

21

22

*KATZOFF & RIGGS*
*1500 PARK AVE., SUITE 300*
*EMERYVILLE, CA 94608*
*(510) 597-1990*

**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

1

**PROOF OF SERVICE**

2

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years and not a party to the within action or proceeding.  I am employed in the County of Alameda, State of California. My business address is 1500 Park Avenue, Suite 300, Emeryville, California 94608.  I am familiar with the regular mail collection and processing practices of Katzoff & Riggs for correspondence deposited for mailing with the United States Postal Service. On October 14, 2005, I caused to be served the following document(s):

3

4

5

6

**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

7

addressed to each such addressee respectively as follows:

8

9

**Maureen M. Bryan**
**Scramstad & Bryan, P.C.**
**2020 Bonifacio Street, Suite B**
**Concord, CA   94520**
**Tel. (925) 825-3393 / Fax (925) 825-2875**

10

11

I then served the addressees in the following manner:

12

[X]     VIA THE UNITED STATES POSTAL SERVICE by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

13

[ ]     VIA FACSIMILE by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

14

[ ]     BY PERSONAL HAND DELIVERY on the parties in this action by causing a true copy and/or original thereof to be delivered by hand in person to the offices of the addressee(s).

15

16

[ ]     VIA OVERNIGHT COURIER by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: Golden State Overnight.

17

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on October 14, 2005, at Emeryville, California.

18

19

s/Annette Magaña

20

_____
**ANNETTE MAGAÑA**

21

22

**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990