IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Rita Jette

    Plaintiff,

v.

George McQueen

    Defendant.

No. C05-02226 PJH

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☒ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 11/28/05     _____
                             Attorney for Plaintiff

Dated: 11/25/05     _____
                             Attorney for Defendant   Michael Friel

IT IS SO ORDERED:

Dated: 12/5/05     _____
                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION