ROBERT R. RIGGS (Bar # 107684)
SUNG E. SHIM (Bar # 184247)
Katzoff & Riggs
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990

Attorneys for Defendant, Cross-Claimant and Third Party Plaintiff
MICHAEL FRIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JETTE, | Case No. C 05-02226 PJH |
| Plaintiff, | **STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO EXTEND PRE-TRIAL DEADLINES** |
| vs. | |
| GEORGE MCQUEEN; MICHAEL FRIEL, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM AND THIRD PARTY COMPLAINT. | |

Based on the Stipulation of the evaluator and the parties through their respective counsel and for good cause shown, the Court enters the following order:

## STIPULATION

The parties to this action, through their respective counsel of record, hereby stipulate as follows:

---

1

**STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO EXTEND PRE-TRIAL DEADLINES**

1. On June 1, 2005, Plaintiff Rita Jette filed her complaint against Defendants Michael Friel ("Friel") and George McQueen ("McQueen"). On October 12, 2005, Friel answered the complaint and filed a cross-claim for indemnity against McQueen. Thereafter, the parties entered into a stipulation to proceed to Early Neutral Evaluation ("ENE"), and at the initial case management conference ("CMC") on December 8, 2006, the Court ordered the parties to ENE to be completed within 90 days. On the same day, the Court also set a deadline for motions relating to pleadings (January 18, 2006) and another deadline for dispositive motions (May 10, 2006), with a caveat that the parties "may stipulate to changes to dates if other party is not agreeable to current dates set." The deadlines to complete ENE and to file the dispositive motion shall be referred to herein as "Deadlines." On December 27, 2005, the Court appointed Pamela Phillips to be the evaluator.

2. The motions relating to pleadings included: a) Plaintiff's motion for leave to file first amended complaint; and b) Friel's motion for leave to file a third party complaint against new parties, Seth L. Goldstein ("Goldstein") and Henry Katz ("Katz") (collectively "Third Party Defendants"). On March 1, 2006, the Court granted both motions. The third party complaint and the first amended complaint were filed on March 7, 2006.

3. The parties who have already appeared (Plaintiff, Friel and McQueen) held at least two pre-ENE telephonic conferences (sessions with Ms. Phillips on March 2, 2006, and March 14, 2006) to discuss the nature of the ENE proceeding and to schedule the actual conference. At the time, it was impractical to schedule a specific

date because both Third Party Defendants, one of whom is in Rhode Island, did not appear yet and also because McQueen was incarcerated. The scheduling difficulty was compounded by the limited availability of the evaluator and Plaintiff. Specifically, due to Plaintiff's age (80 years old) and her Rhode Island residence, the parties wanted to accommodate her so that she would have to make only one trip to California for both the ENE conference and her deposition.

4. Given the special circumstances of the case, the parties agree that there is good cause to extend the Deadlines and to convert the ENE conference to mediation where all of the parties could participate to try to reach a global settlement rather than proceeding to an ENE conference.

5. There is good cause for extending the Deadlines. All of the parties, including the Third Party Defendants who have not yet appeared, are now in agreement that a global mediation should be scheduled at a time when all parties can meaningfully participate. Because there is no video conferencing or telephone conferencing capability at the Lake County detention center, McQueen will be sending his wife as his representative with the authority to settle the matter. Third Party Defendant Goldstein will be representing himself and Katz at the mediation with an authority to settle on behalf of Katz. Given the procedural posture of the case, the parties will need an additional time to first complete mediation, then proceed to discovery and file pre-trial dispositive motions, if warranted, then finally prepare for trial.

6. On March 23, 2006, all of the parties through their counsel participated in the third telephone conference with Ms. Phillips. Based on the schedules of the parties,

counsel and evaluator, the earliest date available for mediation was June 14, 2006. Ms. Phillips will be in China for 3 weeks starting April 15, 2006. Counsel for Friel will be out of state for 3 weeks starting from May 1, 2006. Counsel for Plaintiff has a trial starting on May 22, 2006, which will likely last until the week of June 5, 2006. Thus, the parties agreed to proceed on June 14, 2006, in San Francisco.

7.   In sum, the parties, through their respective counsel of record, hereby stipulate to mediate in lieu of proceeding to an ENE conference. Moreover, the parties hereby stipulate to amend the Deadlines as follows:

a)   the mediation shall be completed on or before June 23, 2006;

b)   the parties shall conclude all lay witness depositions by the Discovery Cutoff (as defined by Local Rules of United States District Court for the Northern District of California, Rule 26-2) of August 15, 2006, and the written discovery shall be completed by the Discovery Cutoff of August 15, 2006;

c)   the parties shall conclude all expert witness depositions by August 31, 2006; and

d)   the parties shall file dispositive motions on or before September 15, 2006.

8.   Moreover, in view of the pending mediation, the parties stipulate to extend the deadline for Third Party Defendants to respond to the third party complaint to 30 days after the completion of mediation.

///

///

///

9. This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: ~~March~~ April 6, 2006

                    Law Offices of Seth L. Goldstein

                    By: _____
                    Seth L. Goldstein
                    Attorneys for Plaintiff Rita Jette and Third
                    Party Defendant Henry H. Katz

Dated: ~~March~~ April 7, 2006

                    Katzoff & Riggs

                    By: _____
                    Robert R. Riggs
                    Sung E. Shim
                    Attorneys for Defendant, Cross-Claimant and
                    Third Party Plaintiff
                    Michael Friel

Dated: ~~March~~ April 6, 2006

                    By: _____
                    Seth L. Goldstein
                    In Pro Per

Dated: March ____, 2006

Approved:

                    By: _____
                    Pamela Phillips
                    Evaluator / Mediator

04/07/2006 07:24 FAX 18315729611         SETH GOLDSTEIN                    ☒008
5105970295         fax                              02:02:17 p.m.   04-06-2006      8/9

03/31/2006  14:11   707-263-7647         EWING & ASSOCIATES                PAGE  02/02

1  7.  This Stipulation may be executed by facsimile in multiple counterparts,
2  each of which shall be deemed an original and which shall together constitute one and
3  the same instrument.   3/3/06   Ewing & Associates
                                   Attorneys for George McQueen
4
   Dated: March ____, 2006
5                                           Law Offices of Seth L. Goldstein
6
                              By: _____
7                                  Seth L. Goldstein
                                   Attorneys for Plaintiff Rita Jetto and Third
8                                  Party Defendant Henry H. Katz

9  Dated: March ____, 2006
                                            Katzoff & Riggs
10
11                            By: _____
                                   Robert R. Riggs
12                                 Sung E. Shim
                                   Attorneys for Defendant, Cross-Claimant and
13                                 Third Party Plaintiff
                                   Michael Friel
14
   Dated: March ____, 2006
15
16                            By: _____
                                   Seth L. Goldstein
17                                 In Pro Per

18 Dated: March ____, 2006

19 Approved:

20
                              By: _____
21                                 Pamela Phillips
                                   Evaluator / Mediator
22

---

5
STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO
EXTEND PRE-TRIAL DEADLINES

7. This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: March _____, 2006

Law Offices of Seth L. Goldstein

By: _____
Seth L. Goldstein
Attorneys for Plaintiff Rita Jette and Third Party Defendant Henry H. Katz

Dated: March _____, 2006

Katzoff & Riggs

By: _____
Robert R. Riggs
Sung E. Shim
Attorneys for Defendant, Cross-Claimant and Third Party Plaintiff
Michael Friel

Dated: March _____, 2006

By: _____
Seth L. Goldstein
In Pro Per

Dated: March 28, 2006

Approved:

By: *Pamela Phillips*
Pamela Phillips
Evaluator / Mediator
(signing only as to date and events related to mediation)

5
STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO EXTEND PRE-TRIAL DEADLINES

# **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: April __13__, 2006



_____
Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years and not a party to the within action or proceeding. I am employed in the County of Alameda, State of California. My business address is 1500 Park Avenue, Suite 300, Emeryville, California 94608. I am familiar with the regular mail collection and processing practices of Katzoff & Riggs for correspondence deposited for mailing with the United States Postal Service. On April 7, 2006, I caused to be served the following document(s):

**STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO EXTEND PRE-TRIAL DEADLINES**

addressed to each such addressee respectively as follows:

**Maureen M. Bryan**
**Scramstad & Bryan, P.C.**
**2020 Bonifacio Street, Suite B**
**Concord, CA   94520**
**Tel. (925) 825-3393 / Fax (925) 825-2875**

I then served the addressees in the following manner:

[X]   VIA THE UNITED STATES POSTAL SERVICE by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.
[ ]   VIA FACSIMILE by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.
[ ]   BY PERSONAL HAND DELIVERY on the parties in this action by causing a true copy and/or original thereof to be delivered by hand in person to the offices of the addressee(s).
[ ]   VIA OVERNIGHT COURIER by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: Golden State Overnight.
I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on April 7, 2006, at Emeryville, California.

_____
**SUNG E. SHIM**

---

7
**STIPULATION AND ORDER TO MEDIATE IN LIEU OF EARLY NEUTRAL EVALUATION AND TO EXTEND PRE-TRIAL DEADLINES**