```
ROBERT R. RIGGS (Bar # 107684)
SUNG E. SHIM (Bar # 184247)
Katzoff & Riggs
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990

Attorneys for Defendant, Cross-
Claimant and Third Party Plaintiff
MICHAEL FRIEL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JETTE, ) | Case No. C 05-02226 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND PRE-TRIAL** |
| vs. ) | **DEADLINES** |
| ) | |
| GEORGE MCQUEEN; MICHAEL ) | |
| FRIEL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| AND RELATED CROSS-CLAIM AND ) | |
| THIRD PARTY COMPLAINT. ) | |
| _____ ) | |

Based on the Stipulation of the parties through their respective counsel and for good cause shown, the Court enters the following order:

## STIPULATION

The parties to this action, through their respective counsel of record, hereby stipulate as follows:

---

1. On April 13, 2006, the Court approved the parties' Stipulation to Mediate in Lieu of Early Neutral Evaluation and to Extend Pre-Trial Deadlines, and issued an order ("Pre-Trial Order"). Pursuant to the Pre-Trial Order, the following pre-trial deadlines have been established:

    a) the mediation to be completed on or before June 23, 2006;

    b) all lay witness depositions to be completed by the Discovery Cutoff (as defined by Local Rules of United States District Court for the Northern District of California, Rule 26-2) of August 15, 2006, and all written discovery to be completed by the Discovery Cutoff of August 15, 2006;

    c) all expert witness depositions to be completed by August 31, 2006; and

    d) all dispositive motions to be filed on or before September 15, 2006.

2. The parties proceeded to mediate on June 14, 2006, which was not successful. The parties then proceeded with plaintiff Rita Jette's deposition on June 15, 2006.

3. The parties have been discussing deposition dates for other lay witnesses, including, without limitation, Defendant, Cross-Claimant and Third Party Plaintiff, Michael Friel ("Friel"), and Defendant and Cross-Defendant George McQueen ("McQueen") when both counsel for plaintiff, Mr. Seth L. Goldstein and Ms. Maureen M. Bryan, began their trial in another case on June 23, 2006. Although the original trial estimate was 2 weeks, counsel for plaintiff are still in trial as of today, and expect to be in trial at least until August 4, 2006, making it a six week trial. As a result, the tentative dates for the depositions of Friel and McQueen no longer work, and will have to be rescheduled.

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

4. Moreover, the lead counsel for plaintiff, Mr. Goldstein, is scheduled to be on vacation from August 2, 2006, until the end of the month. Thus, the depositions of Friel and McQueen are not likely to proceed until early September 2006. In addition, Friel intends to depose the third party defendants in this action, which will likely proceed after his and McQueen's depositions.

5. Thus, the parties hereby stipulate to amend the pre-trial deadlines as follows:

a) all lay witness depositions to be completed by Friday, September 22, 2006, and all written discovery to be completed by September 22, 2006;

b) all expert witness depositions to be completed by October 13, 2006; and

c) all dispositive motions to be filed on or before November 3, 2006.

6. This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: July ____, 2006

Law Offices of Seth L. Goldstein

By: _____
Seth L. Goldstein
Attorneys for Plaintiff Rita Jette and Third Party Defendant Henry H. Katz

07/20/2006  09:06   9258252875           SCRAMSTAD AND BRYAN              PAGE  04
5105870295         fax                        03:19:37 p.m.   07-13-2006

4. Moreover, the lead counsel for plaintiff, Mr. Goldstein, is scheduled to be on vacation from August 2, 2006, until the end of the month. Thus, the depositions of Friel and McQueen are not likely to proceed until early September 2006. In addition, Friel intends to depose the third party defendants in this action, which will likely proceed after his and McQueen's depositions.

5. Thus, the parties hereby stipulate to amend the pre-trial deadlines as follows:

   a) all lay witness depositions to be completed by Friday, September 22, 2006, and all written discovery to be completed by September 22, 2006;

   c) all expert witness depositions to be completed by October 13, 2006; and

   d) all dispositive motions to be filed on or before November 3, 2006.

6. This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: July 17, 2006

Law Offices of Seth L. Goldstein & Scramstad & Bryan PC

By: _____
for   Seth L. Goldstein / Maureen Bryan
Attorneys for Plaintiff Rita Jette and Third Party Defendant Henry H. Katz

---
3
STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES

Dated: July \_\_\_\_, 2006

        Katzoff & Riggs

By: _____
  Robert R. Riggs
  Sung E. Shim
  Attorneys for Defendant, Cross-Claimant and
  Third Party Plaintiff
  Michael Friel

Dated: July \_\_\_\_, 2006

        Ewing & Associates

By: _____
  Michael Ewing
  Attorney for Defendant and Cross-Defendant
  George McQueen

Dated: July \_\_\_\_, 2006

By: _____
  Seth L. Goldstein
  In Pro Per

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: July \_\_25\_\_, 2006

NO FURTHER CONTINUANCES.

_____
Phyllis J. Hamilton
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

4
**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**

07/21/2006  12:10  707-263-7647  EWING & ASSOCIATES  PAGE 02/02
5105970295  fax  12:13:42 p.m.  07-20-2006  6/7

07/20/2006  09:06  9258252875  SORAMSTAD AND BRYAN  07-19-2006  PAGE 05
5105970295  fax



1  Dated: July 20, 2006

Katzoff & Riggs

By: _____
Robert R. Riggs
Sung E. Shim
Attorneys for Defendant, Cross-Claimant and
Third Party Plaintiff
Michael Friel

Dated: July 21/2006

Ewing & Associates

By: _____
Michael Ewing
Attorney for Defendant and Cross-Defendant
George McQueen

Dated: July 17, 2006

By: _____
Seth L. Goldstein
In Pro Per

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: ~~April~~ July ___, 2006

Phyllis J. Hamilton
United States District Court Judge

---
4
STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years and not a party to the within action or proceeding. I am employed in the County of Alameda, State of California. My business address is 1500 Park Avenue, Suite 300, Emeryville, California 94608. I am familiar with the regular mail collection and processing practices of Katzoff & Riggs for correspondence deposited for mailing with the United States Postal Service. On July 21, 2006, I caused to be served the following document(s):

**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**

addressed to each such addressee respectively as follows:

> **Maureen M. Bryan**
> **Scramstad & Bryan, P.C.**
> **2020 Bonifacio Street, Suite B**
> **Concord, CA   94520**
> **Tel. (925) 825-3393 / Fax (925) 825-2875**
>
> **Michael Ewing**
> **Ewing & Associates**
> **995 South Main Street**
> **P. O. Box 400**
> **Lakeport, CA   95453**
> **(707) 263-6400 / Fax (707) 263-7047**

I then served the addressees in the following manner:

[X]   VIA THE UNITED STATES POSTAL SERVICE by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ]   VIA FACSIMILE by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ]   VIA OVERNIGHT COURIER by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: Golden State Overnight.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 21, 2006, at Emeryville, California.

_____
**SUNG E. SHIM**