ROBERT R. RIGGS (Bar # 107684)
SUNG E. SHIM (Bar # 184247)
Katzoff & Riggs
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990

Attorneys for Defendant, Cross-
Claimant and Third Party Plaintiff
MICHAEL FRIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RITA JETTE | ) | Case No. C 05-02226 PJH |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **FURTHER EXTEND DEADLINE** |
| vs. | ) | **FOR DISPOSITIVE MOTIONS** |
| | ) | **AND CASE MANAGEMENT** |
| GEORGE MCQUEEN; MICHAEL | ) | **CONFERENCE PENDING** |
| FRIEL, | ) | **SETTLEMENT** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| AND RELATED CROSS-CLAIM AND | ) | |
| THIRD PARTY COMPLAINT. | ) | |
| _____ | ) | |

Based on the Stipulation of the parties through their respective counsel and for good

cause shown, the Court enters the following order:

**STIPULATION**

The parties to this action, through their respective counsel of record, hereby

_____

1

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

stipulate as follows:

1.     The parties to this action have tentative reached a global settlement, the consummation of which is made conditional upon the Lake County Superior Court's ("Lake Court") approval of the settlement payment of $85,000, plus the $100,000 already paid as restitution, as fully discharging the restitution order issued by the Lake Court against Defendant and Cross-Defendant George McQueen ("McQueen") in the amount of $352,914.10 in McQueen's criminal case arising out of the same series of events or transactions as those in the instant action.   The Lake Court's hearing concerning McQueen's compliance with the restitution order was scheduled for November 3, 2006.

2.     Thus, the parties previously stipulated to extend the deadline to file dispositive motions and to continue the case management conference scheduled for November 9, 2006.   The Stipulation and Order to Extend Deadline for Dispositive Motions and Case Management Conference Pending Settlement ("Previous Stipulation)" was filed with the Court on October 26, 2006, along with the motion of Defendant, Cross-Complainant and Third Party Plaintiff Michael Friel for administrative relief.   On October 31, 2006, the Court approved the Previous Stipulation and issued an order extending the deadline for dispositive motions to December 4, 2006, and continuing the case management conference to December 7, 2006, with the case management statements to be filed by November 30, 2006.

3.     On November 3, 2006, the Lake Court continued the compliance hearing to December 1, 2006, on its own motion for further submittals and brinef.  Thus, there is

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

good cause for further postponing the dates set forth in the Court's order approving the Previous Stipulation.

4.      Thus, the parties to this action stipulate to further extend the deadline for dispositive motions for 32 days from December 4, 2006, to January 5, 2007, and to continue the case management conference from December 7, 2006, to January 11, 2007, with the case management statement to be filed on January 4, 2006.  The parties to this action respectfully request the Court to approve this Stipulation as the parties had no control over the Lake Court's compliance hearing being rescheduled.

5.      This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: November _____, 2006

                                    Law Offices of Seth L. Goldstein


                        By:     _____
                                    Seth L. Goldstein
                                    Attorneys for Plaintiff Rita Jette

Dated: November _____, 2006

                                    Katzoff & Riggs


                        By:     _____
                                    Robert R. Riggs
                                    Sung E. Shim
                                    Attorneys for Defendant, Cross-Claimant and
                                    Third Party Plaintiff
                                    Michael Friel

**STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

**KATZOFF & RIGGS**
1500 PARK AVE., SUITE 300
EMERYVILLE, CA  94608
(510) 597-1990

Previous Stipulation.

4.      Thus, the parties to this action stipulate to further extend the deadline for dispositive motions for 32 days from December 4, 2006, to January 5, 2007, and to continue the case management conference from December 7, 2006, to January 11, 2007, with the case management statement to be filed on January 4, 2006.  The parties to this action respectfully request the Court to approve this Stipulation as the parties had no control over the Lake Court's compliance hearing being rescheduled.

5.      This Stipulation may be executed by facsimile in multiple counterparts, each of which shall be deemed an original and which shall together constitute one and the same instrument.

Dated: November 3, 2006

                                    Law Offices of Seth L. Goldstein

                        By:     _____
                                    Seth L. Goldstein
                                    Attorneys for Plaintiff Rita Jette

Dated: November 3, 2006

                                    Katzoff & Riggs

                        By:     _____
                                    Robert R. Riggs
                                    Sung E. Shim
                                    Attorneys for Defendant, Cross-Claimant and
                                    Third Party Plaintiff
                                    Michael Friel

KATZOFF & RIGGS
1700 PARK AVE., SUITE 306
EMERYVILLE, CA 94608
(510) 597-1575

3

STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND
CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT

1    Dated: November 3, 2006

2                                                    Ewing & Associates

3                                            By:

4                                                    Michael Ewing
                                                     Attorney for Defendant and Cross-Defendant
5                                                    George McQueen

     Dated: November ____, 2006
6

7                                            By:

8                                                    Seth L. Goldstein
                                                     In Pro Per
9

10                                    **ORDER**

11          Pursuant to Stipulation and the Motion for Administrative Relief to Extend

12   Deadline for Dispositive Motions and Case Management Conference, IT IS SO

13   ORDERED.

14

15   Dated: November ____, 2006

16

17                                                   Phyllis J. Hamilton
                                                     United States District Court Judge
18

19

20

21

22

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

4
STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND
CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT

1    Dated: November _____, 2006

2                                        Ewing & Associates

3                       By:    _____

4                              Michael Ewing

                              Attorney for Defendant and Cross-Defendant

5                              George McQueen

    Dated: November _2_, 2006

6

7                       By:    _____

8                              Seth L. Goldstein

                              In Pro Per

9

10                              **ORDER**

11       Pursuant to Stipulation and the Motion for Administrative Relief to Extend

12    Deadline for Dispositive Motions and Case Management Conference, IT IS SO

13    ORDERED.

14

15    Dated: November ____, 2006

16

17                            _____

                              Phyllis J. Hamilton

                              United States District Court Judge

18

19

20

21

22

STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND
CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

Dated: November _____, 2006

Ewing & Associates

By: _____

Michael Ewing
Attorney for Defendant and Cross-Defendant
George McQueen

Dated: November _____, 2006

By: _____

Seth L. Goldstein
In Pro Per

## <u>ORDER</u>

Pursuant to Stipulation and the Motion for Administrative Relief to Extend Deadline for Dispositive Motions and Case Management Conference, IT IS SO ORDERED.

Dated: November __7__, 2006

_____

Phyllis J. Hamilton
United States District Court Judge

**STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND
CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

# PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years and not a party to the within action or proceeding. I am employed in the County of Alameda, State of California. My business address is 1500 Park Avenue, Suite 300, Emeryville, California 94608. I am familiar with the regular mail collection and processing practices of Katzoff & Riggs for correspondence deposited for mailing with the United States Postal Service. On November 6, 2006, I caused to be served the following document(s):

**STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

addressed to each such addressee respectively as follows:

**Seth L. Goldstein**
**Law Offices of Seth L. Goldstein**
**2100 Garden Road, Suite H-8**
**Monterey, CA 93940**
**Tel. (831) 372-9511 / Fax (831) 372-9611**

**Maureen M. Bryan**
**Scramstad & Bryan, P.C.**
**2020 Bonifacio Street, Suite B**
**Concord, CA 94520**
**Tel. (925) 825-3393 / Fax (925) 825-2875**

**Michael Ewing**
**Ewing & Associates**
**P. O. Box 400**
**995 S. Main Street**
**Lakeport, CA 95453**
**Tel. (707) 263-6400 / Fax (707) 263-7047**

I then served the addressees in the following manner:

[X]   VIA THE UNITED STATES POSTAL SERVICE by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on November 6, 2006, at Emeryville, California.

_____
**SUNG E. SHIM**

**STIPULATION AND ORDER TO FURTHER EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**

KATZOFF & RIGGS
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990