ROBERT R. RIGGS (Bar # 107684)
SUNG E. SHIM (Bar # 184247)
Katzoff & Riggs
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990

Attorneys for Defendant MICHAEL FRIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RITA JETTE | ) | Case No. C 05-02226 PJH |
| | ) | |
| Plaintiff, | ) | [P~~ROPOS~~ED] |
| | ) | **ORDER REGARDING** |
| vs. | ) | **STIPULATION FILED ON** |
| | ) | **DECEMBER 28, 2006, FURTHER** |
| GEORGE MCQUEEN; MICHAEL FRIEL, | ) | **EXTENDING DEADLINES FOR** |
| | ) | **DISCOVERY AND DISPOSITIVE** |
| | ) | **MOTIONS AND CONTINUING** |
| Defendants. | ) | **CASE MANAGEMENT** |
| _____ | ) | **CONFERENCE** |

## ORDER

Based on the stipulation of the parties set forth in the Joint Case Management Statement filed on January 4, 2007, and for good cause shown, the Court enters the following order:

1. The deadline for filing dispositive motions is hereby extended from January 5, 2007, to February 23, 2007;

2. The discovery cutoff for the depositions of George McQueen and Michel

---
1
ORDER APPROVING STIPULATION FILED ON DECEMBER 28, 2006, FURTHER EXTENDING
DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS AND CONTINUING CASE
MANAGEMENT CONFERENCE

1  Friel is hereby extended to February 16, 2007; and

2      3. The Case Management Conference currently scheduled for January 11,

3  2007, at 2:30 p.m., in Courtroom 3, is hereby continued to March 1, 2007, at 2:30 p.m.,

4  in Courtroom 3, with the Case Management Statement to be filed by February 22, 2007.

5  However, if any of the parties file any dispositive motion on or before February 23,

6  2007, the Case Management Conference on March 1, 2007, shall be taken off calendar.

7      IT IS SO ORDERED.

9  Dated: January _9_, 2007

By: 

IT IS SO ORDERED

Judge Phyllis J. Hamilton

**KATZOFF & RIGGS**
1500 PARK AVE., SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

---

2

**ORDER APPROVING STIPULATION FILED ON DECEMBER 28, 2006, FURTHER EXTENDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE**