Seth L. Goldstein, California Bar No. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone: (831) 372 9511
Facsimile:   (831) 372 9611

Maureen M. Bryan, California Bar No. 185093
Barbara E. Scramstad, California Bar No. 160036
SCRAMSTAD & BRYAN, P.C.
ATTORNEYS AT LAW
2020 Bonifacio Street, Suite B
Concord, California 94520
Telephone: (925) 825-3393
Facsimile:   (925) 825-2875

Attorneys for Plaintiff,
RITA JETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JETTE, | Case No.: 3:05-CV-02226 PJH |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS *AND ORDER* |
| GEORGE MCQUEEN; MICHAEL FRIEL | |
| Defendants. | |
| MICHAEL FRIEL, | |
| Cross-Claimant, | |
| vs | |
| GEORGE MCQUEEN, | |
| Cross- Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

This entire action may be dismissed forthwith with prejudice in accordance with the settlement agreement executed between the parties.

Stipulation to Dismiss Action                                                                                              1

May 07 2007 10:55AM   KATZOFF%26RIGGS                707-277-9220           p.3
May 07 2007 10:58AM   Law Offices of Seth L. Go   (831) 372 9611            p.3

1  Dated: May 7, 2007

                                        Seth L. Goldstein, Esq.
2                                         Attorney for Rita Jette and in Pro Per

3

4  Dated: May 7, 2007

5                                         Robert Riggs or Sung E. Shim
                                         Attorney's for Michael Friel

6

7

8

9  Dated: May ___, 2007

10                                         Michael Ewing, Esq.
                                         Attorney for George McQueen

11

12                              **ORDER**

13 Pursuant to Stipulation this matter is dismissed in its entirety with prejudice.

14

15 IT IS SO ORDERED.

16

17 Dated: _____, 2007

18                                         Phyllis J. Hamilton
                                         United States District Court Judge

Stipulation to Dismiss Action                                                   2

05/07/2007  10:16   707-263-7047                EWING & ASSOCIATES                    PAGE 02/02
May 03 2007 5:18PM   Law Offices of Seth L. Go   (831) 372 9611                  p.3

1  Dated: May ___, 2007

2                                                            Seth L. Goldstein, Esq.
                                                             Attorney for Rita Jette and in Pro Per
3

4  Dated: May ___, 2007

5                                                            Robert Riggs or Sung E. Shim
                                                             Attorney's for Michael Friel
6

7

8

9  Dated: May 7, 2007

10                                                           Michael Ewing, Esq.
                                                             Attorney for George McQueen
11

12                                    **ORDER**

13     Pursuant to Stipulation this matter is dismissed in its entirety with prejudice.

14

15  IT IS SO ORDERED.

16

17  Dated: May 8___, 2007

18                                                           Phyllis J. Hamilton
                                                             United States District Court Judge
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss Action                                                           2